UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DARIN H. PACKARD,

Plaintiff,

v.

WAL-MART STORES, INC.,

Defendant.

Case No. 00-2408 ADM/AJB

**AMENDED NOTICE OF PRETRIAL CONFERENCE**

---

You are hereby given notice that the Rule 16 pretrial conference in the above referenced case previously scheduled for December 20, 2000, at 1:45 p.m., has been moved. The pretrial conference will be held telephonically and will take place on **December 20, 2000 at 8:30 a.m.** Defendant's counsel shall initiate the call.

Dated: 12/7/00

Arthur J. Boylan
U. S. Magistrate Judge

Filed DEC 13 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______