**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DARIN H. PACKARD,

Plaintiff,

vs.

WAL-MART STORES, INC.

Defendant.

Civil No. 00-2408 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel that the above entitled action, having been fully and finally compromised and settled, the same may be and hereby is dismissed with prejudice, on the merits, without costs or fees to any party.

IT IS FURTHER STIPULATED AND AGREED that the Court may enter judgment of dismissal upon this Stipulation.

Dated this 31st day of July, 2001.

1310262v1

FILED 8-7-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 8-7-01
DEPUTY CLERK ______

WAL-MART STORES, INC.

Darin H. Packard

BY: [signature]
CORPORATE COUNSEL
WAL-MART STORES, INC.

KRAFT, WALSER, HETTIG
& HONSEY, PLLP

BY: [signature]
Daniel B. Honsey
Attorney I.D. No. 229374
Attorneys for Plaintiff
131 South Main Street
P.O. Box 129
Hutchinson, MN 55350
Telephone: (320) 587-8150

BRIGGS AND MORGAN, P.A.

BY: [signature]
Jason M. Hedican
Attorney I.D. No. 271548
Attorneys for Defendant
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 334-8400

**ORDER FOR DISMISSAL**

IT IS HEREBY ORDERED, based on the foregoing Stipulation of the parties, the above-entitled matter is hereby dismissed with prejudice, on the merits, without costs or fees.

Dated this 7th day of August, 2001.

BY THE COURT:

[signature]
ANN D. MONTGOMERY
U.S. District Judge

1310262v1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK